**William Orlando SMITH, Petitioner—Appellant,**

**v.**

**Harold W. CLARKE, Director, Virginia Department of Corrections, Respondent—Appellee.**

---

**William Orlando Smith, Petitioner—
Appellant,**

v.

**Harold W. CLARKE, Director, Virginia
Department of Corrections,
Respondent—Appellee.**

Nos. 11–7266, 11–7467.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 10, 2012.

Decided: Jan. 13, 2012.

William Orlando Smith, Appellant Pro
Se. Josephine Frances Whalen, Assistant
Attorney General, Richmond, Virginia, for
Appellee.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In No. 11–7266, William Orlando Smith
seeks to appeal the magistrate judge's rec-
ommendation to dismiss Smith's 28 U.S.C.
§ 2254 (2006) petition. This court may
exercise jurisdiction only over final orders,
28 U.S.C. § 1291 (2006), and certain inter-
locutory and collateral orders, 28 U.S.C.
§ 1292 (2006); Fed.R.Civ.P. 54(b). The
magistrate judge's recommendation is nei-
ther a final order nor an appealable inter-
locutory or collateral order. *See Haney v.
Addison,* 175 F.3d 1217, 1219 (10th Cir.

1999) ("[a]bsent both designation by the
district court and consent of the parties, a
magistrate judge's recommendation is not
a final appealable decision"). Accordingly,
we dismiss the appeal for lack of jurisdic-
tion.

In No. 11–7467, Smith seeks to appeal
the district court's order dismissing as un-
timely his 28 U.S.C. § 2254 (2006) petition.
The district court referred this case to a
magistrate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2011).
The magistrate judge recommended that
relief be denied and advised Smith that
failure to file timely objections to this rec-
ommendation could waive appellate review
of a district court order based upon the
recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Smith has waived appellate review by fail-
ing to timely file objections after receiving
proper notice.* Accordingly, we deny a
certificate of appealability and dismiss the
appeal.

We deny Smith's motions for appoint-
ment of counsel. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*

---

* To the extent Smith's notice of appeal in No.
11–7266 can be considered his objections to
the magistrate judge's report and recommen-
dation, we discern no persuasive argument
that would have warranted a different out-
come before the district court.